■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ROBERTS, Appellant. [611 NYS2d 165] —Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered October 30, 1992, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 2½ to 5 years, unanimously affirmed.

The record supports the hearing court's findings that a civilian complaint, made to a police officer patrolling in a high crime area, that defendant was following the citizen informant with an eye toward robbing him, combined with defendant's furtive glances at the approaching police car, and defendant's flight in response to the officer's request to speak with him, provided reasonable suspicion that defendant was engaged in criminal activity, and thus justified police pursuit for investigatory purposes (see, People v Martinez, 80 NY2d 444, 448). Defendant's observed action in throwing away a handgun as he ran (providing probable cause for defendant's arrest) was not precipitated by any illegal police conduct, but rather was a calculated abandonment of contraband (see, People v Boodle, 47 NY2d 398, 404, cert denied 444 US 969). Concur—Rosenberger, J. P., Ross, Rubin, Nardelli and Tom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD SMITH, Appellant. [612 NYS2d 854] —Judgment, Supreme Court, New York County (Edward Sheridan, J.), rendered March 16, 1992, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

The court's charge with respect to identification testimony was legally correct and balanced and directly tracked the language of the Criminal Jury Instructions (1 CJI[NY] 10.20, part B). The prosecutor's comments on summation were a fair response to defense counsel's summation and within the permissible bounds of rhetorical comment (People v Galloway, 54 NY2d 396). Concur—Rosenberger, J. P., Ross, Rubin, Nardelli and Tom, JJ.